COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING EN BANC

Case number:  01-11-00924-CV

Style:  *Washington v. Liem*

Date motion filed:     April 24, 2013

Party filing motion:     Appellant, Kenneth Washington as Independent Administrator of the Estate of Clinton Washington

A majority of the Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature:     ___/s/ Jane Bland_____
                              Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Higley, Bland, Massengale, and Huddle. Justices Keyes and Sharp not participating. Justice Brown not sitting.

Date:   May 23, 2013.